No. 137. DeNarvaez *v.* United States. C. A. 2d Cir. Certiorari denied. *Elmer Fried* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 138. Johnson *v.* United States. C. A. 8th Cir. Certiorari denied. *Wallace N. Springer, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 140. Jackman et al. *v.* Bodine et al. Sup. Ct. N. J. Certiorari denied. *Lawrence I. Lerner* for petitioners Scrimmager et al., and *Melvin L. Wulf* for certain other petitioners. *Arthur J. Sills,* Attorney General of New Jersey, and *Stephen G. Weiss,* Assistant Attorney General, for respondent Burkhardt, and *Mr. Sills* and *William Miller* for respondent Apportionment Commission. [For earlier order herein, see 395 U. S. 918.]

No. 141. Tagawa *v.* Maui Publishing Co., Ltd. Sup. Ct. Hawaii. Certiorari denied. *Meyer M. Ueoka* for petitioner.

No. 145. Tannehill *v.* Roberts et al. Ct. App. La., 4th Cir. Certiorari denied. *Donald V. Organ* for petitioner. *James A. Crooks* for respondent Trinity Universal Insurance Co.

No. 147. Granderson *v.* Orleans Parish School Board. Sup. Ct. La. Certiorari denied. *Revius O. Ortique, Jr.,* for petitioner.